**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, LUIS G. PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 6:05-mj-00089-WMW |
|---|---|---|
| Plaintiff, | ) | PETITION TO TERMINATE PROBATION EARLY |
| vs | ) | |
| LUIS G. PEREZ | ) | |
| Defendant. | ) | |

DEFENDANT and PROBATIONER LUIS G. PEREZ, by and through his attorney Carol Moses, request the Court grant an early termination of his probation on December 1, 2005, pursuant to the Court's inherent discretionary authority.

Defendant LUIS G. PEREZ was charged with a violation of 36 CFR 4.35( c), being under the influence of alcohol in the Park, to a degree that he was either unsafe to himself or others. He pled guilty to the charge on July 12, 2005. In exchange for his guilty plea to the alcohol charge, the Government agreed to recommend that the probation violation in Case No. 6:04-mj-0176 be dismissed.

The terms of the Written Plea Agreement were that Defendant PEREZ would pay a fine of $340.00, a $10.00 statutory assessment fee at the rate of $50.00 per month and be on non-supervised probation for a 12 month period. Additionally, Defendant was to attend two AA meetings per week for 6 months. The Government further agreed that if Defendant PEREZ

suffered no further arrests for six months, the Government would recommend early termination of probation.

Defendant PEREZ has a sick aunt in Mexico.  Earlier this year Defendant PEREZ traveled to Mexico to assist in her care with another family member. When returning to the United States, the United States Border Patrol stopped Mr. Perez at the United States border and informed him that he was on probation and was not supposed to leave the United States without permission from the United States Attorney General.   Additionally,  the Agent indicated that Defendant PEREZ was not supposed to return to the United States without written permission if he had left the United States without permission. Defendant PEREZ was understandably confused by the statements made by United States Border Patrol Agent.

Defendant PEREZ spoke with me about the terms of his probation upon his return to the United States.  Defendant PEREZ was advised he is not on the kind of probation that limits his travel.

Defendant PEREZ now finds he must return to Mexico as he is the only family member who is able to care for his now very seriously ill aunt, who is not expected to live more than a few months.  He is concerned that there may be a problem with his returning to the Untied States if he leaves before his probation is terminated.

Defendant PEREZ has satisfied all the terms and conditions of his probation, except he has not finished the twice weekly AA meetings for six months because only four months have passed since the change of plea.  In support of his request for a December 1, 2005 early termination of probation date, Defendant PEREZ attaches proof of attendance at many more AA meetings than required by the Court.

The United States Government indicates they have no objection to the early termination of  Defendant PEREZ's probation.

Dated: November 7,  2005

By: /S/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
LUIS G. PEREZ

* * * ORDER * * *

The Court, having reviewed the above Petition to Terminate Probation Early for LUIS G. PEREZ and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. That the unsupervised probation of Defendant, LUIS G. PEREZ shall terminate on December 1, 2005.

Dated: _____, 2005

By: _____
WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   November 7, 2005          /s/ William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE